B3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT

| | | | |
|---|---|---|---|
| In Re: | Allen, Stacie E | Case No. | |
| | **Debtor** | | (if known) |
| | | Chapter | 13 |

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ 70.25      Check one  ☒ With the filing of the petition, or
                            ☒ On or before  11/28/12

    $ 70.25      on or before  12/28/2012

    $ 70.25      on or before  01/28/2013

    $ 70.25      on or before  02/28/2013

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Stacie E. Allen_    _11/28/12_
**Signature of Attorney**           Date        **Signature of Debtor**    Date

_____              _____
**Name of Attorney**                          **Signature of Joint Debtor**    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 28 2012

KENNETH S. GARDNER, CLERK
DEPUTY CLERK - LD

B3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In Re: _____Allen, Stacie E_____          Case No. _____
              **Debtor**                              (if known)

                                          Chapter          13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[✓] IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ] IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   [ ] With the filing of the petition, or
                           [ ] On or before

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

[ ] IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT
**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

Date: 11/28/12

_United States Bankruptcy Judge_